Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





KELLEY FLORES,


 Appellant,


v.


ALLSTATE TEXAS LLOYDS INC.,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-07-00102-CV



Appeal from


407th District Court


of Bexar County, Texas


(TC # 2003-CI-13429)




MEMORANDUM OPINION



 Pending before the Court is the joint motion of Appellant, Kelley Flores, and Appellee,
Allstate Texas Lloyds, to dismiss this appeal pursuant to Tex.R.App.P. 42.1. We grant the motion
and dismiss the appeal. The motion does not reflect that the parties have reached an agreement
regarding the payment of costs. Accordingly, costs are taxed against Appellant. See Tex.R.App.P.
42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).


January 17, 2008 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.